**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-03229-REB

HEALTHTRIO, LLC, a Colorado limited liability company,

    Plaintiff,

vs.

AETNA, INC., a Pennsylvania corporation,
ACTIVEHEALTH MANAGEMENT, INC., a Delaware corporation, and
MEDICITY, INC., a Delaware corporation,

    Defendants.

## MINUTE ORDER[1]

    The matter is before the court on defendants' **Motion To Amend The Court's Order For Briefing on *Markman* Issues** [#32] filed May 1, 2013. The motion is **STRICKEN** for failure to comply with D.C.COLO.LCivR 7.1C.

    Dated: May 2, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.