**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe**

**Civil Action No.**  12-cv-03229-REB-MJW                    FTR - Courtroom A-502

**Date:**   June 06, 2013                                                   Courtroom Deputy, Ellen E. Miller

          *Parties*                                                                    *Counsel*

HEALTHTRIO, LLC, a Colorado limited liability            Benjamin B. Lieb
company,                                                                         Gordie D. "Don" Puckett
                                                                                           Rajkumar Vinnakota  (by telephone)

          Plaintiff(s),

v.

AETNA, INC., a Pennsylvania corporation,                   David L. Glandorf
ACTIVEHEALTH MANAGEMENT, INC., a Delaware     Matthew B. Lehr    (by telephone)
corporation, and                                                          Austin D. Tarango    (by telephone)
MEDICITY, INC., a Delaware corporation,

          Defendant(s).

---

**COURTROOM MINUTES / MINUTE ORDER**

**HEARING**:   **MOTION HEARING**
**Court in Session:**     2:00 p.m.
Court calls case.  Appearances of counsel.  Also present in Plaintiff in-house counsel representative Asthma Hasan.

Court raises defendants' Motion to Amend the Court's Order for Briefing on *Markman* Hearing for argument.  This motion is referred to the Court for recommendation.  This motion is in regard to Judge Blackburn's Order for Briefing on *Markman* Issues [Docket No. 14, filed December 11, 2012].

Argument on behalf of defendant by Mr. Lehr.
Argument on behalf of plaintiff by Mr. Puckett

**It is ORDERED**:       Defendant's  MOTION TO AMEND THE COURT'S ORDER FOR
                                    BRIEFING ON *MARKMAN* HEARING [Docket No. **32**, filed May 01,
                                    2013] is **TAKEN  UNDER  ADVISEMENT.**
                                    The Court will issue its written recommendation.

Hearing concluded.            **Court in recess:**   2:28      Total In-Court Time 00:28

To order a transcript of this proceedings, contact  Avery Woods Reports   (303) 825-6119  or    Toll Free   1-800-962-3345.