**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-03229-REB

HEALTHTRIO, LLC, a Colorado limited liability company,

     Plaintiff,

vs.

AETNA, INC., a Pennsylvania corporation,
ACTIVEHEALTH MANAGEMENT, INC., a Delaware corporation, and
MEDICITY, INC., a Delaware corporation,

     Defendants.

---

**MINUTE ORDER[1]**

---

The matter is before the court on the **Joint Motion To Clarify Page Limitation For Claim Construction Briefing** [#53] filed July 23, 2014.  The motion is **GRANTED**. The parties may have thirty (30) pages of substantive briefing for their respective opening and response briefs.  Ten (10) pages of substantive briefing will be allowed for the reply briefs.

     Dated:  July 24, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.