IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03229-REB-MJW

HEALTHTRIO, LLC, a Colorado limited liability company,

Plaintiff,

v.

AETNA, INC., a Connecticut corporation,
ACTIVEHEALTH MANAGEMENT, INC., a Delaware corporation, and
MEDICITY, INC., a Colorado corporation,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for First Amended Protective Order (docket no. 69) is GRANTED finding good cause shown. The written First Amended Protective Order (docket no. 69-1) is APPROVED and made an Order of Court. The First Amended Protective Order (docket no. 69-1) supercedes the earlier Protective Order (docket no. 25).

Date: November 13, 2013