**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-03229-REB-MJW

HEALTHTRIO, LLC, a Colorado limited liability company,

    Plaintiff,

vs.

AETNA, INC., a Pennsylvania corporation,
ACTIVEHEALTH MANAGEMENT, INC., a Delaware corporation, and
MEDICITY, INC., a Delaware corporation,

    Defendants.

**MINUTE ORDER**[1]

    The matter is before the court on **Plaintiff HealthTrio, LLC's Unopposed Motion to Withdraw its Motion For Separate Trials and Severance of The Case** [#84] filed February 24, 2014. The motion is **GRANTED**, and **Plaintiff HealthTrio, LLC's Motion For Separate Trials and Severance of The Case** [#78] filed January 13, 2014, is **WITHDRAWN**.

    Dated:  February 25, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.