**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-03229-REB-MJW

HEALTHTRIO, LLC, a Colorado limited liability company,

    Plaintiff,

vs.

AETNA, INC., a Pennsylvania corporation,
ACTIVEHEALTH MANAGEMENT, INC., a Delaware corporation, and
MEDICITY, INC., a Delaware corporation,

    Defendants.

**MINUTE ORDER**[1]

    The matter is before the court on **Plaintiff HealthTrio, LLC's *Unopposed* Motion to Accept Amended Reply in Support of Motion to Clarify Markman Hearing Record** [#104][2] filed May 29, 2014.  The motion is **GRANTED**, and **Plaintiff HealthTrio, LLC's *Amended* Reply in Support of Motion to Clarify Markman Hearing Record** [#104-1] is accepted for filing.

    Dated:  May 30, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#104]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.