**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-03229-REB-MJW

HEALTHTRIO, LLC, a Colorado limited liability company,

    Plaintiff,

vs.

AETNA, INC., a Pennsylvania corporation,
ACTIVEHEALTH MANAGEMENT, INC., a Delaware corporation, and
MEDICITY, INC., a Delaware corporation,

    Defendants.

## ORDER

**Blackburn, J.**

    The matter before me is **Plaintiff's Motion To Strike Exhibits C and M From Defendants' Amended Claim Construction Brief** [#63],[1] filed August 30, 2013. By this motion, plaintiff asks that I strike certain foreign prosecution materials offered in support of defendants' proposed claim construction and disregard those portions of its brief in support that rely on those materials. However, I cannot definitively determine the issues raised by and inherent to the motion apart from consideration of the claim construction issues to which they pertain. I thus will deny the motion without prejudice, but take up the questions presented thereby in the context of claim construction.

---

[1] "[#63]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** that **Plaintiff's Motion To Strike Exhibits C and M From Defendants' Amended Claim Construction Brief** [#63], filed August 30, 2013, is **DENIED WITHOUT PREJUDICE**.

Dated September 22, 2014, at Denver, Colorado.

BY THE COURT:

Bob Blackburn
Robert E. Blackburn
United States District Judge