IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03229-REB-MJW

HEALTHTRIO, LLC, a Colorado limited liability company,

Plaintiff,

v.

AETNA, INC., a Connecticut corporation,
ACTIVEHEALTH MANAGEMENT, INC., a Delaware corporation, and
MEDICITY, INC., a Colorado corporation,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendants' Motion for Leave to File Reply Memorandum in Support of Their Motion to Restrict Public Access (Docket No. 132) is GRANTED.

**Document 132-1 is accepted for filing** as Defendants' Reply Memorandum In Support of their Motion to Restrict Public Access (Docket No. 124).

Date:   October 27, 2014