**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-03229-REB-MJW

HEALTHTRIO, LLC, a Colorado limited liability company,

    Plaintiff,

vs.

AETNA, INC., a Pennsylvania corporation,
ACTIVEHEALTH MANAGEMENT, INC., a Delaware corporation, and
MEDICITY, INC., a Delaware corporation,

    Defendants.

---

**MINUTE ORDER[1]**

---

    The matter is before the court on **Plaintiff HealthTrio, LLC's Motion to Clarify Markman Hearing Record** [#94][2] filed April 16, 2014.  The motion is **DENIED** as **MOOT** in light of the court's **Order Construing Disputed Patent Claims** [#136] entered October 29, 2014.

    **IT IS FURTHER ORDERED** as follows:

    1.  That on **November 6, 2014**, commencing at 10:00 a.m., the court shall conduct a telephonic setting conference to set a status conference in this matter; and

    2.  That counsel for the plaintiff shall arrange, initiate, and coordinate the conference call to the court's Judicial Assistant, at (303) 335-2350, necessary to facilitate the setting conference.

    Dated:  October 29, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#94]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.