IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03229-REB-MJW

HEALTHTRIO, LLC, a Colorado limited liability company,

Plaintiff,

v.

AETNA, INC., a Connecticut corporation,
ACTIVEHEALTH MANAGEMENT, INC., a Delaware corporation, and
MEDICITY, INC., a Delaware corporation,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that plaintiff's Unopposed Second Motion to Modify Scheduling Order (Docket No. 170) is GRANTED IN PART and DENIED IN PART for good cause shown.  The subject motion is GRANTED insofar as the Scheduling Order (Docket No. 80) is amended as follows:

    1. The discovery cut-off date is extended to May 4, 2015.
    2. Expert discovery shall be completed on or before August 7, 2015.
    3. The dispositive motions deadline is extended to September 7, 2015.
    4. The experts designation deadline is extended to May 25, 2015.
    5. The rebuttal experts designation deadline is extended to July 2, 2015.
    6. All interrogatories, requests for production of documents, and requests for admissions must be served on or before March 20, 2015.

    The motion is DENIED WITHOUT PREJUDICE insofar as it seeks to amend Judge Blackburn's Second Trial Preparation Order to set a new trial date.  The parties are directed to file a separate motion requesting such relief.

Date:   January 7, 2015