IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03229-REB-MJW

HEALTHTRIO, LLC, a Colorado limited liability company,

Plaintiff,

v.

AETNA, INC., a Connecticut corporation,
ACTIVEHEALTH MANAGEMENT, INC., a Delaware corporation, and
MEDICITY, INC., a Colorado corporation,

Defendants.

_____

## MINUTE ORDER

_____

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Defendants' Unopposed Motion to Clarify the January 12, 2015 Minute Order (**Docket No. 184**) is **GRANTED**.

As the subject matter of the motion was dealt with in Defendants' prior motion (Docket No. 165) and this motion concerns (Docket No. 184) an oversight by the court rather than a request for new relief, the Court finds that the waiting period set forth in D.C.Colo.LCivR 7.2 counts from the prior motion rather than from the instant motion and has already elapsed.

The Court further **ORDERS** that Document No. 152-5 be restricted at Level 1 under D.C.Colo.LCivR 7.2(b).

Date:   January 20, 2015
_____