IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03229-REB-MJW

HEALTHTRIO, LLC, a Colorado limited liability company,

Plaintiff,

v.

AETNA, INC., a Connecticut corporation,
ACTIVEHEALTH MANAGEMENT, INC., a Delaware corporation, and
MEDICITY, INC., a Colorado corporation,

Defendants.

## MINUTE ORDER

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Plaintiff's Unopposed Third Motion to Modify Scheduling Order **(Docket No. 207)** is **GRANTED** for good cause shown. The Scheduling Order (Docket No. 80) is **AMENDED** to extend the deadline to serve written discovery to March 27, 2015.

Date: March 23, 2015