**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 12-cv-03229-REB-MJW

HEALTHTRIO, LLC, a Colorado limited liability company,

    Plaintiff,

v.

AETNA INC., a Pennsylvania corporation;
ACTIVEHEALTH MANAGEMENT, INC., a Delaware corporation; and
MEDICITY, INC., a Delaware corporation,

    Defendants.

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO STAY PROCEEDINGS

**Blackburn, J.**

The matter before me is defendants' **Unopposed Motion To Stay Proceedings Pending Review of Judge Watanabe's Report & Recommendation that Defendants' Motion for Judgment on the Pleadings Be Granted** [#252],[1] filed June 23, 2015. Having reviewed the motion and the relevant record, I find and conclude that the motion is well-taken and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That defendants' **Unopposed Motion To Stay Proceedings Pending Review of Judge Watanabe's Report & Recommendation that Defendants' Motion for Judgment on the Pleadings Be Granted** [#252], filed June 23, 2015, is granted;

---

[1] "[#252]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2. That all currently pending deadlines in this case are stayed, pending the ruling of this court on any objections to the pending **Report & Recommendation on Defendants' Motion for Judgement on the Pleadings (Docket No. 185)** [#248], filed June 17, 2015;

3. That if the order of this court addressing any such objections to the magistrate judge's recommendation and the concomitant motion for judgment on the pleadings does not dispose of this litigation entirely, the following deadlines shall apply:

   a. That affirmative expert disclosures shall be due no later than **twenty-one (21) days** after the date of the court's order;

   b. That rebuttal expert disclosures shall be due **twenty-one (21) days** after the deadline for affirmative expert disclosures; and

   c. That the deadline for expert discovery shall be **twenty-one (21) days** after the deadline for rebuttal expert disclosures; and

4. That nothing in this order shall effect any other currently pending pretrial deadlines or the March 7, 2016, trial date.

Dated June 30, 2015, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge