**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03229-REB-MJW

HEALTHTRIO, LLC, a Colorado limited liability company,

      Plaintiff,

v.

AETNA, INC., a Connecticut corporation,
ACTIVEHEALTH MANAGEMENT, INC., a Delaware corporation, and
MEDICITY, INC., a Colorado corporation,

      Defendants.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Overruling Objections To and Adopting Recommendation of United States Magistrate Judge** [#261] of Judge Robert E. Blackburn entered on September 28, 2015 it is

ORDERED that all claims for relief and causes of action asserted by plaintiff in this action are dismissed with prejudice; it is

ORDERED that judgment with prejudice shall enter on behalf of defendants, Aetna, Inc., a Pennsylvania corporation; ActiveHealth Management, Inc., a Delaware corporation; and Medicity, Inc., a Delaware corporation, and against plaintiff, HealthTrio, LLC, a Colorado limited liability corporation, on all claims for relief and causes of action; and it is

ORDERED that the defendants are awarded their costs to be taxed by the clerk of the court in the time and manner prescribed by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 28th day of September, 2015.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                        By:  s/   K. Finney

                                      K. Finney
                                      Deputy Clerk