IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03229-REB-MJW

HEALTHTRIO, LLC, a Colorado limited liability company,

Plaintiff,

v.

AETNA, INC., a Pennsylvania corporation;
ACTIVEHEALTH MANAGEMENT, INC., a Delaware corporation; and
MEDICITY, INC., a Delaware corporation,

Defendants.

_____

## PLAINTIFF HEALTHTRIO'S NOTICE OF APPEAL
_____

Notice is hereby given that Plaintiff, HealthTrio, LLC, hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment of the district court entered in this action on September 28, 2015. The appropriate fee is being submitted herewith.

RESPECTFULLY SUBMITTED,

*/s/ J. Gregory Whitehair*
J. Gregory Whitehair, Esq.

| | |
|---|---|
| Fischer Law Firm, P.C. | |
| Mr. Ronnie Fischer, Esq. | |
| Ms. Jennifer Fischer, Esq. | The Whitehair Law Firm, LLC |
| 1777 S. Harrison St., Ste. 1500 | 12364 W. Nevada Pl., Ste. 305 |
| Denver, Colorado 80210 | Lakewood, Colorado 80228 |
| Telephone: (303) 756-2500 | Telephone: (303) 908-5762 |
| Fax: (303) 756-2506 | Fax: (877) 587-3486 |
| E-mail: Ronnie@FischerEsq.com | Email: jgw@whitehairlaw.com |

Attorneys for Plaintiff HealthTrio

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of October, 2015, a true and correct copy of the foregoing document with exhibits was served via the ECF system on all counsel of record.

                                        */J. Gregory Whitehair*
                                        J. Gregory Whitehair, Esq.