**\*\*\* NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME (ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.**

AO 133(Rev. 12/09)  Bill of Costs

USDC Colo. Version – (Further Rev. (12/01/2013)

| BILL OF COSTS | | |
|---|---|---|
| **United States District Court** | DISTRICT **DISTRICT OF COLORADO** | |
| HEALTHTRIO, LLC, a Colorado limited liability company<br>v.<br>AETNA INC., a Pennsylvania corporation, ACTIVEHEALTH MANAGEMENT, INC., a Delaware corporation, and MEDICITY, INC., a Delaware corporation | DOCKET NO. 12-cv-03229-REB-MJW<br>MAGISTRATE CASE NO. | |
| Judgment having been entered in the above entitled action on September 28, 2015 (Dkt. No. 262) | | |
| against HealthTrio, LLC   the clerk is requested to tax the following as costs: | | |
| **BILL OF COSTS** | | |
| Fees of the clerk | $ | 0.00 |
| Fees for service of summons and complaint | $ | 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (Exhibit B) | $ | 182.50 |
| Fees and disbursements for printing (Exhibit C) | $ | 5,043.95 |
| Fees for witnesses (itemized on reverse side) | $ | 280.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case (Exhibit D) | $ | 2,631.12 |
| Docket fees under 28 U.S.C. § 1923 | $ | 0.00 |
| Costs incident to taking of depositions (Exhibit E) | $ | 79,656.74 |
| Costs as shown on Mandate of Court of Appeals | $ | 0.00 |
| Other costs (Please itemize) (Exhibit F) | $ | 79,198.77 |
| **Please review and comply with D.C.COLO.LCivR .54.1**<br>**(See Notice section on reverse side)** | TOTAL $ | 166,993.08 |

**DECLARATION**

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

| | | | |
|---|---|---|---|
| Signature of Attorney | /s/ Igor Piryazev | | |
| Print Name | Igor Piryazev | Phone Number | (650) 752-2034 |
| For: | Aetna Inc. et al.<br>Name of Claiming Party | Date | October 9, 2015 |

| | |
|---|---|
| Please take notice that I will appear before the Clerk who will tax said costs on the following day and time:<br>Costs are hereby taxed in the following amount and included in the judgment: | Date and Time **November 10, 2015 at 9:30am**<br>Amount Taxed $ |
| CLERK OF COURT<br>JEFFREY P. COLWELL | (BY) DEPUTY CLERK<br>DATE: |

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME , CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Pietrzyk, Lisa; Durham, NC | 1 | 40.00 | | | | | $40.00 |
| Post, Cindy; Nashville, TN | 1 | 40.00 | | | | | $40.00 |
| Korpman, Ralph; Nashville, TN | 1 | 80.00 | | | | | $80.00 |
| Riley, Tim; Brentwood, TN | 1 | 40.00 | | | | | $40.00 |
| Syposs, Dave; Tuscon, AZ | 1 | 40.00 | | | | | $40.00 |
| BlueCross BlueShield | 1 | 40.00 | | | | | $40.00 |
| | | | | | | TOTAL | $280.00 |

## NOTICE

Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:
"Sec. 1924, Verification of billof costs."

"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

See also Section 1920 of title 28 which reads in part as follows:
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

The Federal Rules of Civil Procedure contain the following provisions:
Rule 54(d)(1)

"Unless a federal statute, these rules, or a court order provides otherwise, costs - - other than attorney's fees - - should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action."

**D.C.COLO.LCivR 54.1 Taxation of Costs**

"Each judgment or final order shall indicate any party entitled to costs. Unless otherwise ordered, the clerk shall tax costs in favor of a prevailing party or parties. A bill of costs shall be filed on the form provided by the court (HERE) within 14 days after entry of the judgment or final order. After filing a bill of costs and prior to appearing before the clerk, counsel and any unrepresented party seeking costs shall file a written statement that they have conferred as to disputes regarding costs. If all disputes are resolved, a stipulation specifying costs shall be filed with the court.