**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Civil Action No. 12-cv-03229-REB-MJW

HEALTHTRIO, LLC, a Colorado limited liability company,

      Plaintiff,

v.

AETNA, INC., a Pennsylvania corporation;
ACTIVEHEALTH MANAGEMENT, INC., a Delaware corporation; and
MEDICITY, INC., a Delaware corporation,

      Defendants.

---

**ORDER STAYING EXECUTION ON COSTS JUDGMENT**
**PENDING APPEAL AND APPROVING SUPERSEDEAS BOND**

---

**Blackburn, J.**

      The matter before me is **Plaintiff Healthtrio's Unopposed Motion for Stay of Execution on Costs Judgment, With Supersedeas Bond** [#269],[1] filed December 11, 2015.  A proffered copy of a supersedeas bond in the amount of the costs judgment is appended to the motion [#269-1].[2]  After careful review of the motion and the file, I conclude that the proffered supersedeas bond is sufficient and that accordingly, the unopposed motion should be granted.

      **THEREFORE, IT IS ORDERED** that execution on the judgment by defendants is stayed pending completion of the appeal, No. 2016-1034 in the United States Court of Appeals for the Federal Circuit, as well as during any further timely filed and permitted appeals therefrom.

---

      [1] "[#269]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

      [2] A fully executed copy of the supersedeas bond will be docketed separately.

Dated December 17, 2015, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge